IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| GARY COKER | § | |
| VS. | § | CIVIL ACTION NO. 1:21cv256 |
| JOHN STEVENS | § | |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Gary Coker, proceeding *pro se*, filed this civil rights lawsuit against John Stevens. The Court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending this lawsuit be dismissed. The recommendation was based on the conclusion that the defendant has absolute immunity with respect to claims for money damages and that plaintiff's request for declaratory and injunctive relief are moot.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings. Proper notice was given to plaintiff at his last known address. *See* FED. R. CIV. P. 5(b)(2)(C). No objections were filed to the Report and Recommendation.

### ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the Magistrate Judge [Dkt. 15] is ADOPTED as the opinion of the Court. A final judgment shall be entered in accordance with the recommendation of the magistrate judge.

**SIGNED this 27th day of January, 2022.**

Michael J. Truncale
United States District Judge